# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. EUGENE ROGLIANO

FILED 2005 AUG -3 P 12:12

U.S. DISTRICT COURT BRIDGEPORT

Docket No. 3:01CR00269(AHN)

## Petition For Modification of Conditions or Term of Supervised Release with the Consent of the Offender

**COMES NOW,** Ray Lopez, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Eugene Rogliano who was sentenced to 45 months imprisonment for Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) by the Honorable Alan H. Nevas, Senior U.S. District Judge, sitting in the court in Bridgeport, Connecticut, Connecticut on June 20, 2002, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, which may include testing to determine if he has used drugs or alcohol. He shall pay all, or a portion of, the costs associated with treatment, based on his ability to pay, in an amount to be determined by the probation officer. 2) The defendant shall participate in a mental health program, with an emphasis on sexual offender treatment, either inpatient or outpatient, to include participation with polygraph administration, as directed by the probation officer. He shall pay all, or a portion of, the costs associated with treatment, based on his ability to pay, in an amount to be determined by the probation officer. 3) The defendant shall not be permitted to use the Internet or be in close proximity to anyone using the Internet. 4) The defendant shall consent to third-party disclosure to any employer, potential employer, community service site, or other interested party, as determined by the probation officer, of any computer-related restrictions that are imposed. 5) The defendant shall have no unsupervised contact with any child under 18 years of age. Supervision of his interaction with any child should be only with the approval of the probation officer. 6) The defendant shall permit the probation officer, accompanied by either local, state or federal law enforcement authorities, to conduct a search of the defendant's residence, automobile and workplace for the presence of any sexually explicit material of an unlawful nature.

Eugene Rogliano is scheduled to be released from the Federal Bureau of Prisons on October 30, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for years, for a total term of years.
■ To modify the conditions of supervision as follows:

The defendant has waived his statutory right to a hearing and to the assistance of counsel and concurs with the special condition that, "The defendant shall register with state and local authorities as a convicted sex offender." A signed Waiver of Hearing to Modify Conditions is attached.

**ORDER OF COURT**

Considered and ordered this  3rd  day of August, 2005  and ordered filed and made a part of the records in the above case.

_____
The Honorable Alan H. Nevas
Senior United States District Judge

Respectfully Submitted,

_____
Ray Lopez
Senior United States Probation Officer

Place:  Bridgeport, Connecticut

Date:  August 3, 2005

PROB 49

# United States District Court
## for the
## District of Connecticut

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall register with state and local authorities as a convicted sex offender.

Witness: _____    Signed: _____
U.S. Probation Officer                           Probationer or Supervised Releasee

July 2, 2005
DATE