United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
12-19-05
Kevin F. Rowe
Deputy Clerk

**KEVIN F. ROWE**
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

TEL. NO. 579-5861
(AREA CODE 203)

FILED
'05 DEC 12 P2:11
SOFRON B. NEDILSKY
CLERK

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

December 5, 2005

Office of the Clerk
United States District Court
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

re:   3:01cr269(AHN)
      USA v Eugene Rogliano

Dear Clerk:

I am forwarding the certified documents from the Bridgeport file in accordance with our procedures in a probation transfer to another district. Enclosed please find the following papers:

> Certified copies of the docket sheet
> Order
> Indictment
> Judgment

Please sign and return a copy of this letter in the enclosed envelope. Please call me at (203) 579-5539 if I can be of further assistance.

Yours very truly,
Kevin F. Rowe, Clerk


Yelena Gutierrez
Deputy Clerk

Enclosures

RECEIVED